affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Clarence H. Clark, Appellant, v. John Fey, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

In the Matter of Thomas W. Pearsall, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of Richard F. Carman. — Order must be reversed and the case remitted to the Special Term for further action, without costs. Opinion by Van Brunt, P. J.

Florence A. Merrill, Respondent, v. Peter Brunner, as Surviving Partner, etc., Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

Hydrogen Company of United States, Respondent, v. Henry G. Beatley, Appellant. — Order affirmed with costs. Opinion by Bartlett, J.

Christian G. Friedman, Appellant, v. James N. Platt and others, Respondents.—Order affirmed, with costs and disbursements. Opinion by Bartlett, J.

Richard D. Harris, Appellant, v. Aktiebolaget Separator, Respondent. — Order affirmed, with costs. Opinion by Bartlett, J.

The People of the State of New York ex rel. John Gesser, Appellant, v. Stephen B. French and others, Commissioners, etc., Respondents.—Proceedings affirmed, with costs. Opinion by Bartlett, J., and Daniels, J.

The Metropolitan Exhibition Company, Appellant, v. John Newton, as Commissioner, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Christopher Mooney, Respondent, v. Charles J. Fagan, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Hannah Milhous, Appellant, v. Elizabeth Johnson and another, respondents.— Judgment in favor of plaintiff, with costs. Opinion by Van Brunt, P. J.

In the Matter of Sarah L. Plumb an Infant, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

William M. Kingsland, as Sole Surviving Trustee, etc., Plaintiff, v. The Mayor, etc., of the City of New York, Defendants.— Opinion by Van Brunt, P. J.

Thomas H. Thorn and another, Appellants, v. James Sutherland and others, Respondents.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

John W. Pierson, as Executor, etc., Appellant, v. Mary A. Gillespie and others, Respondents.— Judgment reversed and new trial ordered, without costs, either against or in favor of the parties to this record. Opinion by Van Brunt, P. J.

Henry R. S. Williams, Plaintiff, v. The Mayor, etc., of the City of New York, Defendant.— Motion for judgment granted, with costs. Opinion by Van Brunt, P. J.

John A. Conquest and others, Respondents, v, Frederick E. Barnes and others, Appellants.— Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

John A. Kamping, Respondent, v. John A. Horan, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event. Opinion by Van Brunt, P. J.

William M. Kingsland, Trustee, etc., Plaintiff, v. The Mayor, etc., of the City of New York, Defendant.— Motion to set aside referee's report denied, with ten dollars costs.

Frank H. Wall, Respondent, v. The United States Illuminating Company, Appellant. — Judgment reversed, new trial ordered, with costs to the defendant to abide the event. Opinion by Daniels, J.

Ninth Avenue Railway Company, Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Order reversed, with ten dollars

costs and disbursements. Opinion by Van Brunt, P. J.

Eighth Avenue Railway Company, Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Robert W. Johnson, Appellant, v. Ellen C. Johnson, Respondent.— Order affirmed, with costs and disbursements. Opinion by Van Brunt, P. J.; dissenting opinion by Daniels, J.

Henry K. S. Williams v. The Mayor, etc., of the City of New York.— Motion to set aside referee's report denied, with ten dollars costs.

Phoebe M. Bloomingdale, Respondent, v. John A. Bowman, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

John M. Bostwick, Appellant, v. James M. Vail, Respondent.— Order affirmed, without costs, on opinion in case of Crowns v. Vail.

Ulrice Lesser, Appellant, v. F. E. Perkins, Respondent. — Judgment affirmed. Opinion by Daniels, J.

George Kuhn, Appellant, v. James W. Vail, Respondent.— Order affirmed, without costs, on opinion in case of Crowns v. Vail.

Leland Fairbanks, Jr., Respondent, v. Winthrop Sargent, Executor, etc., Appellant.—Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.; dissenting opinion by Bartlett, J.

John Galway and others, Respondents, v. Jacob D. Nordlinger, Appellant, Impleaded, etc. — Judgment and order affirmed. Opinion by Daniels, J.

Maria Lewis, Appellant, v. James M. Vail, Respondent.— Order affirmed, without costs, on opinion in case of Crowns v. Vail.

In the Matter of the Petition of Priscilla G. Gay, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of the Appointment of a Trustee of the Columbian Insurance Company.—Order affirmed, with ten dollars costs and disbursements.

Gerhard H. Bick, Administrator, etc., Respondent, v. Catharine Reese, Appellant.— Judgment and order affirmed, with costs. Opinion by Daniels, J.

In the Matter of the Columbian Insurance Company.—Order affirmed, with ten dollars costs and disbursements.

John H. Graham, Appellants, v. William C. Gulliver, Administrator, etc., Respondent. — Judgment and order denying motion to set aside the report affirmed, with costs. Opinion by Daniels, J.

Katharine Kabok, Appellant, v. The Phœnix Mutual Life Insurance Company, Respondent.— Judgment affirmed. Opinion by Daniels, J.

Jean Joseph Ract, Appellant, v. Eugene Duviard-Dime.—Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the defendant stipulates to modify the judgment as stated in opinion; but if the stipulation be given, then the judgment, as so modified, should be affirmed, without costs of this appeal. Opinion by Daniels, J.

Jean Joseph Ract, Appellant, v. Eugene Duviard-Dime, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Richard S. Newcombe, as Assignee, etc., Respondent, v. Irving National Bank, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Frederick W. Von Stade and others, Respondents, v. Sarah Le Compte, Appellant, Impleaded, etc.-- Appeal dismissed, with costs. Opinion by Bartlett, J.

William E. Laimbeir, Appellant, v. Robert W.